255 So.2d 772

## ADMIRAL PAINT COMPANY
v.
## Samuel W. GOLTZMAN, d/b/a American Scrap Material Company.
### No. 52008.

Jan. 6, 1972.

In re: Samuel W. Goltzman, d/b/a American Scrap Material Company applying for certiorari, or writ of review, to the Court of Appeal, Third Circuit, Parish of Calcasieu. 254 So.2d 104.

Writ refused. On the facts found by the Court of Appeal the result is correct.

255 So.2d 773

## SAM PARISH CONSTRUCTION COMPANY, Inc.
v.
## CITIES SERVICE PIPELINE COMPANY.
### No. 52010.

Jan. 6, 1972.

In re: Cities Service Pipeline Company applying for certiorari, or writ of review, to the Court of Appeal, Third Circuit, Parish of Calcasieu. 254 So.2d 73.

Writ refused. On the facts found by the Court of Appeal, there is no error of law in its judgment.